*Citation in a petition for a divorce must be signed by a Judge of the Court.*

---

STATE OF VERMONT

*vs.*

JOHN MARSH, ESQ.

This was an indictment against the defendant, John Marsh, for assaulting Joseph Marsh, constable for the town of H., in the execution of his office, and rescuing a horse taken by distress on a warrant for taxes. The defendant plead the general issue, not guilty.

*Indictment for opposing a constable.*

For the defendant, it was insisted that Joseph Marsh was not legally appointed to the office of constable. The votes, as it appeared in evidence, for this and other officers chosen at their annual town meeting, being given in to the clerk, *viva voce*, which had been their usual mode, whereas, by the 31st Section of the Constitution of this State, "All elections, whether by the people, or in the General Assembly, shall be by BALLOT, free and voluntary."

*Defence—That the constable was not legally chosen.*

*That he was chosen by votes given viva voce*

*That he ought to have been chosen by ballot.*

The chief Justice, in his charge to the Jury, gave his opinion on this point, in which the other Judges fully concurred.

*Charge to the Jury.*

Whether the clause in the Constitution insisted on for the defendant extends to the choice of officers in

2

towns and lesser corporations, must be determined, 1s·
by considering the subject matter ; and 2d, by compar-
The 31st sec-
tion of the Con-
stitution does
not extend to
the election of
town officers.
ing it with other parts of the Constitution. The framers
of the Constitution were forming a plan for the general
government, of the State.    They do not appear to
have had an eye to the internal regulation of lesser
corporations.   In this section they point out the mode
of electing the officers to the general government, and
in this view they confine it to elections by the people
and General Assembly.   " *The people*," here means
the collective body of the people, who have a right to
vote in such elections, and is used as synonymous to
" *Freemen.*"

The word " *Election*," when the choice is to be by
the people or freemen, is, in every part of the Consti-
tution, used in the same appropriate sense ; as in the
7th Section, " In order that the Freemen of this State
" may enjoy the benefit of elections as equally as may
" be, each town within this State may hold elections
" therein."    For what purpose ?   For the choice of
Representatives.   In the 10th Section : " On the day
of election for choosing Representatives, etc."

I am, therefore, clearly of opinion, that the 31st
Section of the Constitution does not extend to the
The above
section to be
laid out of the
present case.
choice of town officers, and is to be laid wholly out of
the case under your consideration.

The Jury found the defendant *guilty*.